```
                              United States Bankruptcy Court
                                    District of Arizona
In re:                                                           Case No. 19-10592-MCW
AMIR SALKIC                                                      Chapter 7
ALEKSANDRA SALKIC
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0970-2          User: admin              Page 1 of 2         Date Rcvd: Aug 26, 2019
                              Form ID: 309A            Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2019.

```
db/jdb         +AMIR SALKIC,    ALEKSANDRA SALKIC,    3128 W. WOOD DR.,    PHOENIX, AZ 85029-1263
15726264       +Ad Astra Recovery Serv,    7330 W 33rd St N Ste 118,    Wichita KS 67205-9370
15726265       +American Honda Finance,    10801 Walker St Ste 140,    Cypress CA 90630-5042
15726266        Ars Account Resolution,    1643 Nw 136 Ave Bld H St,    Sunrise FL 33323
15726269       +Bureau Of Med Econcs,    326 E Coronado Rd,    Phoenix AZ 85004-1524
15726270       +Bursey and Associates PC.,    6740 N. Oracle Rd. # 151,    Tucson AZ 85704-5685
15726275       +Cox Communication,    6205-B Peachtree Dunwoody Road,    Atlanta GA 30328-4524
15726278       +E-service In,    Po Box 3324,    Apache Junction AZ 85117-4121
15726279       +Fed Loan Serv,    Pob 60610,    Harrisburg PA 17106-0610
15726284       +Lease Keep It,    725 E. Covey Ln.,    # 200,    Phoenix AZ 85024-5645
15726285       +Mohela/dept Of Ed,    633 Spirit Drive,    Chesterfield MO 63005-1243
15726286       +Moneymart Inc. d/b/a Money Mart,    3131 E Bell Road,    Phoenix AZ 85032-1997
15726287       +Nevada West Financial/,    6767 W Tropicana Ave,    Las Vegas NV 89103-4754
15726288       +Pif, Inc.,    23425 N 39th Dr,    Glendale AZ 85310-4199
15726289       +Plaza Servic,    110 Hammond Drive Suite 110,    Atlanta GA 30328-4806
15726290       +Progressive Insurance,    6300 Wilson Mills Rd,,    Cleveland OH 44143-2182
15726291       +Rsi Enterprises-rsimd,    5440 W Northern Ave,    Glendale AZ 85301-1406
15726292       +Speedy Cash / AAA Title Loans,    P.O. Box 782648,    Wichita KS 67278-2648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: robert@theteaguelawfirm.com Aug 27 2019 03:12:49     ROBERT R. TEAGUE,
                TEAGUE LAW FIRM,    3101 North Central Avenue,    Suite 1100,    PHOENIX, AZ  85012
tr             +EDI: BRAMACKENZIE.COM Aug 27 2019 06:18:00     ROBERT A. MACKENZIE,
                2001 E. CAMPBELL AVE., SUITE 200,    PHOENIX, AZ 85016-5574
smg             EDI: AZDEPREV.COM Aug 27 2019 06:18:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
15726267        EDI: BANKAMER.COM Aug 27 2019 06:18:00     Bank Of America,    Po Box 982238,    El Paso TX 79998
15726268       +EDI: BANKAMER2.COM Aug 27 2019 06:18:00     Bank Of America,    100 North Tryon Street,
                Charlotte NC 28255-0001
15726271        EDI: CAPITALONE.COM Aug 27 2019 06:18:00     Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond VA 23238
15726273       +EDI: PHINGENESIS Aug 27 2019 06:18:00     Cb Indigo/gf,    Po Box 4499,
                Beaverton OR 97076-4499
15726274       +E-mail/Text: bncnotices@becket-lee.com Aug 27 2019 03:21:58     Conn Appliances Inc,    Box 2356,
                Beaumont TX 77704-2356
15726276       +EDI: CCS.COM Aug 27 2019 06:18:00     Credit Collection Serv,    Po Box 607,
                Norwood MA 02062-0607
15726277       +EDI: RCSFNBMARIN.COM Aug 27 2019 06:18:00     Credit One Bank Na,    Po Box 98872,
                Las Vegas NV 89193-8872
15726280       +EDI: AMINFOFP.COM Aug 27 2019 06:18:00     First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls SD 57104-4868
15726281       +EDI: PHINGENESIS Aug 27 2019 06:18:00     Gbs/first Electronic B,    Po Box 4499,
                Beaverton OR 97076-4499
15726282       +E-mail/Text: bknotice@healthcareinc.com Aug 27 2019 03:21:46     Healthcare Coll I Llc,
                2224 W Northern Ave Ste,    Phoenix AZ 85021-4928
15726283        EDI: JEFFERSONCAP.COM Aug 27 2019 06:18:00     Jefferson Capital Syst,    16 Mcleland Rd,
                Saint Cloud MN 56303
15726272        E-mail/Text: support@cash1loans.com Aug 27 2019 03:13:04     Cash 1,    725 E Covey Ln Ste 170,,
                Phoenix AZ 85024-5645
15726293       +E-mail/Text: bankruptcydepartment@tsico.com Aug 27 2019 03:21:37     Transworld Sys Inc/33,
                500 Virginia Dr Ste 514,    Ft Washington PA 19034-2707
15726294       +E-mail/Text: bk.notices@vantagewest.org Aug 27 2019 03:19:42     Vantage West Credit Un,
                2480 N. Arcadia,    Tucson AZ 85712-5735
15726295       +EDI: BLUESTEM Aug 27 2019 06:18:00     Webbank/fingerhut,    6250 Ridgewood Road,
                Saint Cloud MN 56303-0820
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2019 at the address(es) listed below:
              ROBERT A. MACKENZIE    ram@ramlawltd.com, az26@ecfcbis.com
              ROBERT R. TEAGUE    on behalf of Debtor AMIR  SALKIC robert@theteaguelawfirm.com, rguanco@theteaguelawfirm.com
              ROBERT R. TEAGUE    on behalf of Joint Debtor ALEKSANDRA  SALKIC robert@theteaguelawfirm.com, rguanco@theteaguelawfirm.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                    TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **AMIR SALKIC** | Social Security number or ITIN | xxx–xx–5967 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **ALEKSANDRA SALKIC** | Social Security number or ITIN | xxx–xx–9681 |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Arizona** | | Date case filed for chapter  **7**  **8/21/19** | |
| Case number:  **2:19–bk–10592–MCW** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | AMIR SALKIC | ALEKSANDRA SALKIC |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 3128 W. WOOD DR.<br>PHOENIX, AZ 85029 | 3128 W. WOOD DR.<br>PHOENIX, AZ 85029 |
| **4.** | **Debtor's attorney**<br>Name and address | ROBERT R. TEAGUE<br>TEAGUE LAW FIRM<br>3101 North Central Avenue<br>Suite 1100<br>PHOENIX, AZ 85012 | Contact phone 480–686–9463<br>Email:  robert@theteaguelawfirm.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | ROBERT A. MACKENZIE<br>2001 E. CAMPBELL AVE., SUITE 200<br>PHOENIX, AZ 85016 | Contact phone 602–229–8575<br>Email:  ram@ramlawltd.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727 | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 8/26/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 23, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/22/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**